**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:11-cv-23846-MGC

JOSEPH SIDDALL, *individually*

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC,
*a Colorado limited liability company,*

    Defendant.

---

**PLAINTIFF'S NOTICE OF SETTLEMENT**

---

Plaintiff, JOSEPH SIDDALL, hereby notifies this Court that a settlement has been reached between the parties, pending final execution of settlement documents and releases.

Respectfully submitted,

DATED: June 25, 2012

*/s/* *Scott D. Owens*
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Phone  954-589-0588
Fax     954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    */s/ Scott D. Owens*
    **SCOTT D. OWENS, ESQ.**